IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SARHAH ELIZABETH LEPE                                                                         PLAINTIFF

v.                                    Civil No. 1:19-cv-01052

SERGEANT JOHNSON, Union County Detention Center
("UCDC"); NURSE RICE, UCDC, DR. HOPSON, UCDC;
And CAPTAIN MITCHELL, UCDC                                                        DEFENDANTS

## ORDER

Before the Court is Defendant Deanna Hopson, M.D.'s request to file an answer out of time and brief in support. (ECF Nos. 25, 26).

Plaintiff Sarhah Elizabeth Lepe, filed this 42 U.S.C. § 1983 action *pro se* on October 22, 2019. (ECF No. 1). On October 23, 2019, the Court ordered service on Defendants, including Dr. Hopson, at the Union County Detention Center. (ECF No. 6). On November 22, 2019, the summons for Dr. Hopson was returned executed. (ECF No. 9). In December of 2019, answers were filed for all Defendants except Dr. Hopson. (ECF Nos. 10, 11). On January 28, 2020, counsel for the Union County Defendants informed the Court that the Union County Detention Center incorrectly accepted service for Dr. Hopson. (ECF No. 12). This pleading also provided the Court with an address for service on Dr. Hopson.

On January 29, 2020, the Court ordered service on Dr. Hopson at her office in El Dorado, Arkansas. (ECF No. 13). On February 3, 2020, the summons issued to Dr. Hopson was returned executed. (ECF No. 15). Dr. Hopson's answer was due on February 21, 2020. *Id.* On May 5, 2020, the Court issued an order to Dr. Hopson giving her until May 26, 2020, to show cause for her failure to answer. On May 26, 2020, Dr. Hopson filed a Response to the show cause order along with a brief in support stating her failure to file a timely answer was caused by confusion as

to the applicable liability insurance and her erroneous belief she was represented by insurance counsel in this action.

The Court finds Dr. Hopson's failure to answer was due to inadvertence and there was no bad faith on her part. In addition, no party will be prejudiced by permitted an answer to be filed at this stage of the litigation. **Accordingly, Dr. Hopson's request to file an answer out of time is GRANTED. Dr. Hopson is given until June 12, 2020, to file her answer.**

**IT IS SO ORDERED this 27th day of May 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE